UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                      Case No. 21-30031
                                       Originating No. 3:19-CR-00004

**DURRAN MERILLE GARLAND,**

      Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DURRAN MERILLE GARLAND,** to answer to charges pending in another federal district, and states:

1. On **January 19 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of West Virginia based on an Indictment. Defendant is charged in that district with violation of 21 U.S.C. §841(a)(1)- Distribution of cocaine and methamphetamine.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                Respectfully submitted,

                MATTHEW J. SCHNEIDER
                United States Attorney


                <u>s/Mitra Jafary-Hariri</u>   _____
                Assistant U.S. Attorney
                211 W. Fort Street, Suite 2001
                Detroit, MI 48226
                Mjafary-hariri@usa.doj.gov
                (313) 226-9632

Dated: January 19, 2021